# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEMARIO SUDDUTH,
          Appellant,
      vs.
THE STATE OF NEVADA,
          Respondent.

No. 77427

**FILED**

DEC 1 2 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on April 11, 2016. Appellant did not file the notice of appeal, however, until November 8, 2018, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

                    _____, J.
                    Cherry

_____, J.         _____, J.
Parraguirre                 Stiglich

18-908200

cc: Hon. Michelle Leavitt, District Judge
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk